THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v.
MAY J. BENNETT, PLAINTIFF IN ERROR.

Submitted May 27, 1927—Decided September 15, 1927.

For the defendant in error, *John Millon.*

For the plaintiff in error, *Alexander Simpson.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by the Supreme
Court.

*For affirmance*—PARKER, KALISCH, BLACK, KATZENBACH,
CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON,
KAYS, HETFIELD, DEAR, JJ.  12.

*For reversal*—None.